1  KEVIN V. RYAN **(California State Bar No. 118321)**
   United States Attorney
2  JAY R. WEILL **(California State Bar No. 75434)**
   Assistant United States Attorney
3  Chief, Tax Division

4   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:   (415) 436-7017
6   Fax:         (415) 436-6748

7  Attorneys for the United States of America

8           **IN THE UNITED STATES DISTRICT COURT FOR THE**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11 **UNITED STATES OF AMERICA and**          )
   **M. LOW, Revenue Officer,**              )   **NO.      C-04-05371-SC**
12                                           )
                   **Petitioners,**          )   **APPLICATION TO DISMISS**
13                                           )   **VERIFIED PETITION TO ENFORCE**
           **v.**                            )   **INTERNAL REVENUE SERVICE**
14                                           )   **SUMMONS**
   **JOSEPH T. BONANNO,**                    )
15                                           )           ORDER
                   **Respondent.**           )
16 _____      )

17        The United States of America dismisses the Petition To Enforce filed on December 20, 2004

18 because the respondent has complied with the IRS Summons.

19                                      KEVIN V. RYAN
                                        United States Attorney
20

21

22                                      JAY R. WEILL
                                        Assistant United States Attorney
23                                      Chief, Tax Division

24 SO ORDERED

25    7/6/05                                    /s/ Samuel Conti
26                                        _____
                                          **UNITED STATES DISTRICT JUDGE**
27

28